JOSEPH N. AKROTIRIANAKIS (SBN # 197971)
*jakro@kslaw.com*
LENNETTE W. LEE (SBN # 263023)
*llee@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendant/Debtor
SHURWEST, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA ANGELICA MCKINNON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MINNESOTA LIFE INSURANCE COMPANY, a Minnesota corporation; SHURWEST HOLDING COMPANY, INC., an Arizona corporation; SHURWEST, LLC, an Arizona limited liability company; CMAM, INC. dba HERITAGE FINANCIAL SERVICES, a California corporation; ALBERT ANDREW MANFRE, an individual; JEANETTE MANFRE, an individual; DANIEL KLEIN, an individual; and JAMES A. ANTON, an individual; and DOES 1-10, inclusive<br><br>Defendants. | Case No.:<br><br>Los Angeles County Superior Court Case No.: 19 ST CV 21598<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1334(B), 1452(A), AND 1441(A) AND FED. R. BANKR. P. 9027** |

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446

# NOTICE OF REMOVAL

Shurwest, LLC, Debtor-in-Possession ("Debtor"), through counsel undersigned, hereby removes the lawsuit styled *McKinnon v. Minnesota Life Ins. Co. et al.*, case number 19 ST CV 21598, in Los Angeles County Superior Court, including all claims and orders (the "Litigation") to the United States District Court for the Central District of California.  This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1452(a) and 1334(b), Fed. R. Bankr. P. 9027, and Local Bankruptcy Rule 9027-1.  In support of this Notice, Debtor sets forth the following:

## FACTS ENTITLING DEBTOR TO REMOVAL OF THE LITIGATION

1. On August 31, 2021 (the "Petition Date"), the Debtor filed its petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona, Case No. 2:21-bk-06723-DPC (the "Reorganization Case"). The Debtor is the legal representative of the estate as a debtor in possession.

2. With regard to the Litigation, the Debtor is a Defendant in the Litigation brought in the Litigation by Emma Angela McKinnon ("Plaintiff").

3. The Plaintiff's action sounds in tort law and is one of more than 35 actions filed by 100s of Plaintiffs pending throughout the country in different jurisdictions against the Debtor.

4. While the damages claimed by plaintiffs and the potential liability of third parties may vary across the pending cases, the Debtor's liability, or lack thereof, turns on a similar nucleus of facts involving the Debtor's employment of Melanie Schulze-Miller, Nick Johnson, and Michael Seabolt, and those individuals' interactions with Future Income Payments, LLC, an entity determined to be a Ponzi scheme.

5. The Debtor's liability or lack thereof will greatly impact the administration of the Debtor's Estate and issues surrounding its solvency.

6. Furthermore, in at least eight of the lawsuits, not including this case, the plaintiffs have asserted successor liability or alter-ego claims against Quantum Group USA, LLC, these claims if they exist are derivative of the claims against the Debtor and may or may not be property of the Estate under 11 U.S.C. §541.

**PROCEDURAL POSTURE AND STATEMENT OF JURISDICTION**

7. Removal of the Litigation to this Court is proper pursuant to 28 U.S.C. §1452(a) and Fed. R. Bank. P. 9027.

8. Venue for the removed action in the initial instance is proper in this Court, as the Litigation is located within this District. Debtor intends to promptly file an appropriate motion to transfer venue to the U.S. District Court for the District of Arizona, where the Reorganization Case is pending.

9. This Notice of Removal is timely filed within 90 days after the Petition Date. See Fed. R. Bankr. P. 9027(a)(2)(A).

10. Promptly after filing this Notice of Removal, Debtor will (1) serve a copy hereof on all parties to the Litigation pursuant to Fed. R. Bankr. P. 9027(b), and (2) file a copy of this Notice of Removal in the Superior Court of the State of California for the County of Los Angeles pursuant to 28 U.S.C. § 1446(d) and Fed. R. Bankr. P. 9027(c).

11. All matters presented herein are core matters pursuant to 28 U.S.C. §157(b)(2).

12. Debtor consents to the entry of final orders and judgments by the Bankruptcy Court as it relates to the Litigation.

13. The Litigation constitutes an adversary proceeding under Fed. R. Bankr. P. 7001(10).

14. A true and correct copy of the Complaint filed in the Litigation is attached hereto as Exhibit "A." All other pleadings in the Litigation will be separately filed with the Court forthwith pursuant to the Local Rules.

| | | |
|---|---|---|
| 1 | Dated:  November 29, 2021 | **KING & SPALDING LLP** |
| 2 | | |
| 3 | | By: */s/Lennette W. Lee* <br> LENNETTE W. LEE |
| 4 | | |
| 5 | | Attorneys for Defendant/Debtor <br> SHURWEST, LLC |