**REMAND / JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-9253-GW-RAOx | Date | February 10, 2022 |
|---|---|---|---|
| Title | *Emma Angelica McKinnon v. Minnesota Life Insurance Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie E. Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ohia A. Amadi | Gillian H. Clow |
| | Andrew P. Danza |

**PROCEEDINGS:**   **TELEPHONIC CONFERENCE**

Court hears oral argument. For reasons stated on the record, Defendants Shurwest LLC and Shurwest Holding Company's Motion to Transfer Venue [22] is deemed MOOT. Plaintiff's Motion to Remand [23] is granted. The Court remands this action to state court.

: 07

Initials of Preparer   JG